# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

JAMES JUSTIN CHANNELL,

    Plaintiff,

v.                                             Case No. 5:23cv280-TKW-MJF

ROWDY FOLSOM, et al.,

    Defendants.

_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 40). No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed under 28 U.S.C. §§1915(e)(2)(B)(ii) and 1915A(b)(1) for failure to state a plausible claim for relief. Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is DISMISSED WITH PREJUDICE under 28 U.S.C. §§1915(e)(2)(B)(ii) and 1915A(b)(1) for failure to state a plausible claim for relief.

3. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE AND ORDERED** this 16th day of December, 2024.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**